CARTWRIGHT, Respondent, v. McKIN-NON, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Robert Cartwright against Frank H. McKinnon, as administrator, etc., of James R. Baumes, deceased. No opinion. Judgment modified, by striking therefrom recovery of costs, as not authorized by sections 1835 and 1836 of the Code of Civil Procedure, and, as so modified, affirmed, without costs.

CASE v. WALTER et al. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Appeal from Special Term, New York County. Action by Frank M. Case, Jr., against Eugene Walter and another. From an order directing that the issues raised by the separate defense and counterclaim be tried at Special Term, and the remaining issues at Trial Term, and granting a stay pending trial of issues at Special Term, plaintiff appeals. Modified and affirmed. David Gerber, of New York City, for appellant. Samuel W. Tannebaum, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified by providing that the issues raised by the counterclaim in the amended answer of the defendant Walter be tried at Special Term after the issue raised by the allegations of the answer as a defense to the plaintiff's cause of action is tried at Trial Term, and that the trial at Special Term be stayed until the determination of the trial at Trial Term. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

CASPER v. NAEF. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Louis Casper against Albert Naef. No opinion. Application denied, with $10 costs. Order signed. See, also, 80 Misc. Rep. 492, 141 N. Y. Supp. 568.

CASSIN, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Edward D. Cassin against the Yonkers Railroad Company. L. F. Crumb, of Yonkers, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

CHAMBERLAIN, Appellant, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Charles Chamberlain against Sarah Graves and others. No opinion. Motion granted, and decision heretofore and on the 11th day of June, 1913 (142 N. Y. Supp. 1112), made herein, modified, so as to allow to the guardian ad litem the sum of $30 for his costs and disbursements on the appeal.

CIOCARONE v. CHARLES L. DORAN CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Adamo Ciocarone against the Charles L. Doran Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) In the matter of the application of the City of New York to acquire certain real estate at Wantagh, etc., for the purposes of water supply. No opinion. Motion for reargument denied, with $10 costs.

CLARK, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Leonidas F. Clark against James A. Clark. No opinion. Motion granted, and appeal dismissed, with costs.

CLARK, Respondent, v. NEW YORK, S. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by George W. Clark against the New York, Susquehanna & Western Railroad Company. No opinion. Judgment of the County Court of Orange County unanimously affirmed, with costs.

CLARKE et al. v. NICHOLS. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by James J. Clarke and others against Elizabeth M. Nichols. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CLEARY v. DYKEMAN et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Joseph W. Cleary against Conrad V. Dykeman, impleaded with others. No opinion. Motion to dismiss appeal denied. Order filed. Memorandum per curiam.

In re COFFIN. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of Harriet E. Coffin. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COLEMAN & KRAUSE v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Coleman & Krause against the City of New York and others. F. R. Ryan, of New York City, for appellants. W. McConihe, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

COLUMBIA–KNICKERBOCKER TRUST CO., Respondent, v. NEW YORK, A. & L. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by the Columbia-Knickerbocker Trust Company, as trustee, against